**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| MONTEZE MILES, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-00345-O |
| | § | |
| IC SYSTEMS INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have notified the Court that this case has settled. EFC No. 13. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office **on or before September 22, 2017.** If further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court. All deadlines are stayed until further ordered by the Court.

The Clerk of the Court is **DIRECTED** to close this case for statistical purposes.

**SO ORDERED** on this **10th day** of **August, 2017.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**